# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2475
LT Case No. 2021-CF-000822-A

_____

MARCUS SHAW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Marcus Shaw, Bonifay, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Office of the
Attorney General, Daytona Beach, for Appellee.

December 12, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., JAY, and HARRIS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————